JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Rosalie Cortez, <br>     Plaintiff, <br> vs. <br> Diversified Collection Services, Inc; and DOES 1-10, inclusive, <br>     Defendants. | Case No.: 5:12-cv-01346-PA-DTB <br> **ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: April 2, 2013

Judge: Hon. Percy Anderson